FILED
WILLIAMSPORT

MAY 23 2006

Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TATIANA SAPSAI, | : | ELECTRONICALLY FILED |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION - LAW |
| | : | |
| TIMAR CONSTRUCTION | : | |
| COMPANY, INC., | : | JURY TRIAL DEMANDED |
| DONALD CAMPLESE, Individually | : | |
| and t/d/b/a STUDENT INVESTORS | : | |
| ASSOCIATES, STUDENT | : | JUDGE MUIR |
| INVESTORS ASSOCIATES, | : | |
| a partnership, YODER BUILDERS, | : | NO.4:06-CV-00274 |
| INC., VALENTINE YODER, | : | |
| Individually and t/d/b/a PLEASANT | : | |
| BUILDERS, and PLEASANT | : | |
| BUILDERS, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23rd day of May 2006, upon consideration of

Defendant, Donald Camplese's, Motion for Consolidation, it is hereby ORDERED AND

DECREED that the action filed to No. 4:06-CV-0335 is hereby consolidated with the

above-captioned matter.

BY THE COURT:

_____ J.